[Crim. No. 3240. In Bank.—May 15, 1929.]

In the Matter of the Application of C. A. LOW for Writ of Habeas Corpus.

Bordwell, Mathews & Wadsworth, Ray W. Bruce and John H. Mathews for Petitioner.

U. S. Webb, Attorney-General, and Charles A. Wetmore, Deputy Attorney-General, for Respondent.

THE COURT.— Upon the authority of the *Matter of Application of Battelle for Writ of Habeas Corpus,* filed May 14, 1929, *ante,* p. 227 [277 Pac. 725], the order for commitment herein is vacated and the petitioner discharged.